612

No. 235. WILLEY ET AL. *v.* MAINE CENTRAL RAILROAD Co. October 13, 1941. Petition for writ of certiorari to the Supreme Judicial Court of Maine, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Henry F. Butler* for petitioners. *Mr. Edward W. Wheeler* for respondent.

No. 241. JENKINS *v.* ASHE, WARDEN. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *James Jenkins, pro se.*

No. 242. GROLEMUND *v.* CAFERATA ET AL. October 13, 1941. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Thos. D. Aitken* for petitioner.

No. 249. DONAHUE *v.* BURNS, SHERIFF. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Tennessee, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. George W. Chamlee* for petitioner.

No. 264. NULSEN *v.* JOHNSON. October 13, 1941. Petition for writ of certiorari to the 57th District Court of Bexar County, Texas, and motion for leave to proceed further *in forma pauperis,* denied. *Joseph K. Nulsen, pro se.*